EVERITE TRADING CORPORATION, Appellant, v. WANPRESS REALTY CORPORATION and Others, Respondents, Impleaded with Others, Defendants.— Order, so far as appealed from, unanimously modified by striking therefrom all items except items " 4," " 13," " 14 " and " 17," and as so modified affirmed, without costs. If the information desired in items " 13 " and " 14 " is unknown to the plaintiff at the present time, such information should be furnished within ten days after the completion of an examination before trial. Bill of particulars to be served within thirty days after service of order. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of CITY BANK FARMERS TRUST COMPANY as One of the Executors of and Trustee under the Last Will and Testament of JOHN P. GILFORD, Deceased. EMILY GILFORD, Individually and as One of the Executors, etc.; CITY BANK FARMERS TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of Proving the Last Will and Testament of LOUIS LUBINSKY, Deceased. CELIA LEVINE; ROSE L. LEVITT; MOLLIE LUBINSKY and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

EDWARD FURMAN v. LOUIS C. KRAUSS and OLIVE GROVES FURMAN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HARRY WAGNER v. GRAND MACHINERY EXCHANGE, INC., and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

MARGARETTA WHERRY TREHERNE-THOMAS v. F. HUGH TREHERNE-THOMAS.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

GUTHRIE M. MITCHELL and Others v. PINELAWN CEMETERY and Others, Impleaded with LILLIAN M. LOCKE.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROSEHILL REALTY CORPORATION v. JAMES J. SEXTON and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

MAX SKOP v. 222-223 RIVERSIDE DRIVE CORPORATION, Impleaded with DRIVE LEASING CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ANNA DAVIES v. LOUIS F. STUMPF and WARREN W. STUMPF, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 499.] Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.